IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANNY'S CONSTRUCTION COMPANY, INC., CITY OF CHICAGO *ex rel.* DANNY'S CONSTRUCTION COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendant and <br> Third-Party Plaintiff, <br><br> v. <br><br> CARLO STEEL CORPORATION, <br><br> Third-Party Defendants. | Case No. 05 CV 4799 <br><br> Honorable Judge Leinenweber <br><br> Magistrate Judge Valdez |

## DANNY'S SECOND MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b)

Pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, Plaintiff, City of Chicago *ex rel.* Danny's Construction Company, Inc. ("Danny's"), moves for judgment as a matter of law on the following issues: (1) that the total amount paid to Danny's for labor and materials furnished by Danny's on the project is $5,137,829; and (2) that the total amount earned by Danny's under its contract with Carlo Steel Corporation ("Carlo Steel") for labor and materials furnished to the project is $11,551,376. Danny's is entitled to judgment as a matter of law on these issues because a reasonable jury did not have a legally sufficient evidentiary basis to find partially in favor of Travelers on these issues.

The law and facts that entitle Danny's to judgment as a matter of law are set forth below:

## STANDARD FOR RULE 50 MOTIONS

Judgment as a matter of law should be granted when "a party has been fully heard on an issue and there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue." Fed. R. Civ. P. 50(a); *see also Alexander v. Mount Sinai Hosp. Med. Ctr.*, 484 F.3d 889, 902 (7th Cir. 2007). The standard for granting summary judgment mirrors the standard for judgment as a matter of law, such that the inquiry under each is the same. *E.g. Reeves v. Sanderson Plumbing Prods., Inc.*, 530 U.S. 133, 149 (2000) (citations omitted); *see also Appelbaum v. Milwaukee Metro. Sewerage Dist.*, 340 F.3d 573, 578 (7th Cir. 2003).

## TRIAL EVIDENCE

1. Danny's and Travelers Agreed Upon Joint Stipulations 1-22.
2. All exhibits received by the Court at trial.
3. All testimony presented by Danny's at trial.

## ARGUMENT

Based upon the joint stipulations and the evidence adduced at trial, Danny's has presented sufficient evidence to entitle it to judgment as a matter of law that (1) the total amount paid to Danny's for labor and materials furnished by Danny's on the project is $5,137,829; and (2) the total amount earned by Danny's under its contract with Carlo Steel for labor and materials furnished to the project is $11,551,376. Travelers did not present any evidence to the contrary and thus a reasonable jury did not have a legally sufficient evidentiary basis to find partially in favor of Travelers on either of these issues.

WHEREFORE, Plaintiff, City of Chicago *ex rel.* Danny's Construction Company, Inc., prays for judgment as a matter of law in the amount of $6,413,547 plus prejudgment interest at the per annum rate of five percent (5%) plus costs.

DATED this 29th day of October, 2007.

Respectfully submitted,

CITY OF CHICAGO *ex rel.* DANNY'S
CONSTRUCTION COMPANY, INC, Plaintiff

By: /s/ *Edward H. Tricker*
Edward H. Tricker, Neb. 15504
Kory D. George, Neb. 22655
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
Telephone: 402-437-8500
Facsimile: 402-437-8558
E-Mail: etricker@woodsaitken.com
E-Mail: kgeorge@woodsaitken.com

## CERTIFICATE OF SERVICE

It is hereby certified that on this 29th day of October, 2007, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defendant's counsel of record as follows:

**William Dwyer, Jr. & Patrick J. Enright**
O'Rourke, Hogan, Fowler & Dwyer
10 South LaSalle Street, Suite 2900
Chicago, IL 60603
(312) 739-3500
Email: wdwyer@ohfdlaw.com
Email: penright@ohfdlaw.com

/s/ *Edward H. Tricker*
Edward H. Tricker